# United States District Court
### for the
# DISTRICT OF ALASKA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case: 3:08-cr-00098-JDR-01 |
| vs. | ) | ORDER ON TERMINATION OF |
| Willis Charles Walunga | ) | PROBATION |

Based on the *Report and Order Terminating Probation* filed on May 25, 2012, regarding the above-named defendant, **IT IS HEREBY ORDERED that:**

[✓]  The defendant is discharged from probation and that the proceedings in the case be terminated.

[ ]  Other: _____

_____

_____

_____

Dated this ____29ᵗʰ____ day of ____May____, 20_12_____.

**/s/John D. Roberts, USMJ**
Signature Redacted

John D. Roberts
U.S. Magistrate Judge

# United States District Court
for the
District of Alaska

UNITED STATES OF AMERICA

v.                                    Case:    3:08-cr-00098-JDR-01

Willis Charles Walunga

It appearing that the above-named has complied with the conditions of probation imposed
by the Order of the Court heretofore made and entered in this case and that the period of
probation expired on March 22, 2012. It is therefore recommended that the defendant be
discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

/s/ Signature Redacted

Paula L. McCormick
U.S. Probation/Pretrial Services Officer
Date: May 25, 2012

/s/ Signature Redacted

Scott J. Waters
Supervising U.S. Probation Officer

Order Terminating Probation